UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MANIDHAR KUKKADAPU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EMBRAER S.A., FREDERICO PINHEIRO FLEURY CURADO, JOSÉ ANTONIO DE ALMEIDA FILIPPO, PAULO PENIDO PINTO MARQUES, LUIZ CARLOS SIQUEIRA AGUIAR, TERENA PENTEADO RODRIGUES, and FLAVIO RIMOLI,<br><br>Defendants. | No. 1:16-cv-06277 (RMB)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/31/17<br><br>SO ORDERED:<br>RMB<br>_____<br>RICHARD M. BERMAN U.S.D.J.<br>3/31/17 |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, none of Defendants Luiz Carlos Siqueira Aguiar ("Aguiar"), Paulo Penido Pinto Marques ("Marques"), Flavio Rimoli ("Rimoli"), and Terena Penteado Rodrigues ("Rodrigues"), in the above-captioned action, *Kukkadapu, et al., v. Embraer S.A., et al.*, 1:16-cv-06277 (RMB), brought before the United States District Court for the Southern District of New York, have served an answer, motion to dismiss, or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiff Employees' Retirement System of the City of Providence hereby voluntarily dismisses the above-captioned action, without prejudice, as to Defendants Aguiar, Marques, Rimoli, and Rodrigues.

{00234715;1 }

Dated: March 30, 2017
New York, New York

                        Respectfully submitted,

                        **POMERANTZ LLP**

                        _____
                        Jeremy A. Lieberman
                        Justin S. Nematzadeh
                        600 Third Avenue, 20th Floor
                        New York, NY 10016
                        Phone: 212-661-1100
                        Fax: 917-463-1044

                        *Lead Counsel for Plaintiffs*

{00234715;1 }