USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/30/18

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

EMPLOYEES RETIREMENT SYSTEM OF THE CITY OF PROVIDENCE, et al., Individually and on behalf of All Others Similarly Situated,

Plaintiffs,

-against-

EMBRAER S.A., et al.,

Defendants.

-----------------------------------------------------------X

16 **CIVIL** 6277 (RMB)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated March 30, 2018, Defendants' motion to dismiss is granted with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
March 30, 2018

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**